```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


WILLIAM G. CARTER,                  )
                                    )
            Plaintiff,              )
                                    )
        vs.                         )   No. 4:06CV472-DJS
                                    )
ALAN BLAKE,                         )
                                    )
            Defendant.              )
```

## ORDER OF DISMISSAL

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims against defendant are **dismissed**.

Dated this ___8th___ day of August, 2006.

                                                  /s/Donald J. Stohr
                                                UNITED STATES DISTRICT JUDGE